```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19620
    JIMMY VILLEGAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-5573


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/30/08 .

    2.  The case was dismissed without confirmation, 10/31/2008.

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                PAID             PAID
-----------------------------------------------------------------------------
WILSHIRE CREDIT CORP        CURRENT MORTG           .00              .00              .00
WILSHIRE CREDIT CORP        MORTGAGE ARRE     NOT FILED              .00              .00
WILSHIRE CREDIT CORP        SECURED                 .00              .00              .00
WILSHIRE CREDIT CORP        MORTGAGE ARRE     NOT FILED              .00              .00
CHASE AUTOMOTIVE FINANCE    SECURED VEHIC           .00              .00              .00
HSBC                        UNSECURED         NOT FILED              .00              .00
CAPITAL ONE BANK            UNSECURED         NOT FILED              .00              .00
CAVALRY INVESTMENTS LLC     UNSECURED         NOT FILED              .00              .00
GEMB                        UNSECURED         NOT FILED              .00              .00
GEMB                        UNSECURED         NOT FILED              .00              .00
HSBC                        UNSECURED         NOT FILED              .00              .00
HSBC                        UNSECURED         NOT FILED              .00              .00
NICOR GAS                   UNSECURED         NOT FILED              .00              .00
NICOR GAS                   UNSECURED         NOT FILED              .00              .00
SEARS                       UNSECURED         NOT FILED              .00              .00
TARGET                      UNSECURED         NOT FILED              .00              .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED         OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00           .00           .00             .00
PRINCIPAL PAID           .00           .00           .00           .00             .00
INTEREST PAID            .00           .00           .00           .00             .00
TOTAL PAID               .00           .00           .00           .00             .00
The Debtor's attorney, DEBRA J VORHIES-LEVINE          , was allowed $    3500.00
and was paid $   1086.00   direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/21/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```